UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB,

        Plaintiff,

vs.                     Case No.   2:05-cv-53-FtM-33DNF

GOKUBHAI  PATEL,  Trading  as  Royal
Palm Motel,

        Defendant.

_____

## ORDER

    This  matter  comes  before  the  Court  on  the  parties'  Joint
Motion for Stay of Proceedings (Doc. #11) filed on May 12, 2005.
The parties indicate that the property that is the subject matter
of this litigation has been sold and the Defendant needs additional
time  to  conclude  the  sale  of  the  property.   In  addition,  the
parties indicate that the buyer intends to demolish the property,
providing  a  basis  for  dismissal.   For  good  cause  shown,  the
parties' Unopposed Motion for Stay of Proceedings (Doc. #11) is
**GRANTED**.

    Accordingly, it is now

    **ORDERED, ADJUDGED** and **DECREED**:

    This matter is **STAYED** for **120 DAYS** from the date of this Order
to allow  the  Defendant  ample  time  to  complete  the  sale  of  the
property and the buyer to proceed with his plans to demolish the

property.

DONE and ORDERED in Chambers in Fort Myers, Florida, this
16th  2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record